IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-131-RJC-DCK

| | |
|---|---|
| ARK PROMOTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JUSTIN.TV, INC., YOUTUBE, LLC, ) | |
| and YOUTUBE, INC., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) concerning Brian M. Willen, filed March 21, 2012. Mr. Willen seeks to appear as counsel *pro hac vice* for Defendants YouTube, LLC and YouTube, Inc.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Willen is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendants YouTube, LLC and YouTube, Inc.

Signed: March 21, 2012

David C. Keesler
United States Magistrate Judge